UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x    ECF Case
SAS GROUP, INC. and MICHAEL SOBO,
                                                Civil Action No.
                 Plaintiffs,                            08 CIV. 1020 (SCR)

        -against-                                **RULE 7.1 STATEMENT**

GREAT AMERICAN E&S INSURANCE
COMPANY,

                                Defendant.
-------------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and solely to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, SAS GROUP, INC., certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    None.

Dated: White Plains, New York
         February 4, 2008

                                   HARRINGTON, OCKO & MONK LLP

                                           s/ Kevin J. Harrington
                          By: _____
                                Kevin J. Harrington (KH-5027)
                                John T. A. Rosenthal (JR-4819)
                                *Attorneys for Plaintiffs*
                                81 Main Street, Suite 215
                                White Plains, New York 10601
                                Telephone: (914) 686-4800
                                Facsimile: (914) 686-4824

TO:   GREAT AMERICAN E&S INSURANCE COMPANY
      c/o Alison Diamondstein, Esq.
      L'ABBATE, BALKAN, COLAVITA & CONTINI, LLP
      Attorneys for Defendant
      1001 Franklin Avenue, Suite 300
      Garden City, NY 11530
      (516) 294-8844