UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

SAS GROUP, INC. and MICHAEL SOBO,

                          Plaintiffs,

      - against -

GREAT AMERICAN E&S INSURANCE
COMPANY,

                         Defendant.

-------------------------------------------------------------------X

Civil Action No.: 08 CIV. 1020

Hon. Stephen C. Robinson
ECF Case

**DISCLOSURE STATEMENT**
**ON BEHALF OF DEFENDANT**

       Defendant, Great American E&S Insurance Company, by its attorneys L'Abbate, Balkan,

Colavita & Contini, L.L.P., in compliance with Federal Civil Rule 7.1 for the United States District

Courts for the Southern and Eastern Districts of New York states that Great American E&S Insurance

Company is a member of Great American Insurance Group.

Dated:  Garden City, New York
         March 28, 2008

                              L'ABBATE, BALKAN, COLAVITA
                                & CONTINI, L.L.P

                              By: _____
                              John D. McKenna (JM-5315)
                              Alison Diamondstein (AD-6500)
                              Attorneys for Defendant
                              Great American E&S Insurance Company
                              1001 Franklin Avenue
                              Garden City, New York 11530
                              (516) 294-8844

TO:

Kevin J. Harrington (KH-5027)
John T. Rosenthal (JR-4819)
Harrington, Ocko & Monk LLP
Attorneys for Plaintiffs
81 Main Street, Suite 215
White Plains, New York 10601
(914) 686-4800

### **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                           ) ss.:
COUNTY OF NASSAU    )

MARY ANN LEIGHTON, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at Manhasset Hills, New York.

That on the 28th day of March, 2008, deponent served the within DISCLOSURE STATEMENT ON BEHALF OF DEFENDANT upon:

> Kevin J. Harrington
> John T. Rosenthal
> Harrington, Ocko & Monk, LLP
> Attorneys for Plaintiffs
> SAS Group, Inc. and Michael Sobo
> 81 Main Street, Suite 215
> White Plains, New York  10601

the attorneys for the respective parties in this action, at the above address designated by said attorneys for that purpose by depositing same in an enclosed post-paid, officially addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

*Mary Ann Leighton*
MARY ANN LEIGHTON

Sworn to before me this
28th day of March, 2008

*Joyce Weinstein*
Notary Public

**JOYCE WEINSTEIN**
**Notary Public, State Of New York**
No. 01WE4858553
Qualified In Nassau County
Commission Expires May 5, 20__

R:\CPWin\History\060208_0001\E040.22