UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
SAS GROUP, INC. and MICHAEL SOBO,    x    Civil Action No. 08-Civ-1020 (SCR)
                                      x
                Plaintiffs,    x    ECF Case
                                      x
  -against-                         x    **CERTIFICATE OF SERVICE**
                                      x
GREAT AMERICAN E&S INSURANCE          x
COMPANY,                              x
                                      x
                Defendant.    x
-----------------------------------------------------------------x

      I hereby certify that a true and correct copy of the foregoing **Reply to Counterclaims** was sent by United States Postal Service First Class Mail upon:

John D. McKenna, Esq.
Alison A. Diamondstein, Esq.
L'ABBATE, BALKAN, COLAVITA & CONTINI, LLP
1001 Franklin Avenue, Suite 300
Garden City, NY 11530

this 4th day of April, 2008.

Dated:  White Plains, New York
         April 4, 2008

                                                                       John T.A. Rosenthal