UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

S A S

-v-

Great American

------------------------------------------------------------X

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE Smith

08 Civ. 1020 (SCR)(LMS)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

✓ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ For jury selection

___ Habeas Corpus

___ Social Security

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions:_____

[STAMP: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED:]

* Do not check if already referred for general pretrial.

DATED:    White Plains, New York
          6/25/08

SO ORDERED.

Stephen C. Robinson
_____
United States District Judge

i:\FORMS\ODREF2MAG