## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

### SCHEDULING ORDER
08 CV 1020 (SCR)(LMS)

**John T.A. Rosenthal**
Harrington Ocko & Monk, LLP
81 Main Street, Suite 215
White Plains, NY 10601
914 686 4800
Fax: 914 686 4824

**Kevin James Harrington**
Harrington Ocko & Monk, LLP
81 Main Street, Suite 215
White Plains, NY 10601
914-686-4800
Fax: 914-686-4824

**John David McKenna**
L'Abbate, Balkan, Colavita & Contini, LLP (GdnCty)
1001 Franklin Avenue
3rd Floor
Garden City, NY 11530
(516)-294-8844
Fax: (516)-294-8202

     The matter of   **SAS -V - GREAT AMERICAN**   has been scheduled for conference before the  Hon. Lisa Margaret Smith, United States Magistrate Judge, on August 7, 2008 at 10:30 AM  in Courtroom 420.

*Re: Incarcerated Prisoners*
  *Incarcerated petitioners/plaintiffs shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for respondent/defendant to make prior arrangements with the appropriate correctional facility to have the petitioner/plaintiff available via telephone, and respondent/defendant counsel should be prepared to place the phone call **from the courtroom** on the appearance date.*

SO ORDERED.

_____
Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York