*Robinson, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X    Civil Action No.: 08 CIV 1020

SAS GROUP, INC. and MICHAEL SOBO,

                       Plaintiffs,

       -against-

GREAT AMERICAN E&S INSURANCE COMPANY,

                       Defendant.

-------------------------------------------------------------------X

Hon. Stephen C. Robinson
ECF Case

**STIPULATION** *& ORDER*

IT IS HEREBY STIPULATED AND AGREED by and among the attorneys for the parties hereto, that the parties' time for the joinder of additional parties in this action is extended up to and including July 11, 2008. An executed faxed copy of this stipulation shall be deemed the same as a signed original.

John D. McKenna (JM-5315)
Alison A. Diamondstein (AD-6500)
L'ABBATE, BALKAN, COLAVITA
  & CONTINI, L.L.P.
Attorneys for Defendant
Great American E&S Insurance Company
1001 Franklin Avenue
Garden City, New York 11530
Telephone: (516) 294-8844
Facsimile: (516) 294-8202

DATED: 6/11/08

SO ORDERED:

U.S.D.J.

Kevin J. Harrington (KH-5027)
John T. Rosenthal (JR-4819)
HARRINGTON, OCKO & MONK, LLP
Attorneys for Plaintiffs
SAS Group, Inc. and Michael Sobo
81 Main Street, Suite 215
White Plains, New York 10601
Telephone: (914) 686-4800
Facsimile: (914) 686-4824

DATED: 6/11/08

DATED: June 30, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: