# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

September 2, 2008

## SCHEDULING ORDER
08CV1020(SCR)(LMS)
08CV1021(SCR)(LMS)

John T.A. Rosenthal
Harrington Ocko & Monk, LLP
81 Main Street, Suite 215
White Plains, NY 10601

John David McKenna
L'Abbate, Balkan, Colavita & Contini, LLP (GdnCty)
1001 Franklin Avenue   3rd Floor
Garden City, NY 11530

The matter of **SAS-V-GREAT AMERICAN et. Al.** has been **re- scheduled** for *telephone conference* before the Hon. Lisa Margaret Smith, United States Magistrate Judge, from 9/18/08 to ***January 22, 2009 at 9:15AM***

**NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE IMMEDIATELY**

*Any party seeking a reschedule shall telephone chambers with all other parties on the line*

SO ORDERED: _____
Hon. Lisa Margaret Smith
U.S.M.J.